

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| DR. TALIB-KARIM MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 88-2899-TUBRO |
| | ) | |
| REV. LEO GRAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 90-2093-TUBRO |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 91-2139-TUA |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MEMPHIS, TENNESSEE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## INJUNCTION DECREE

These consolidated cases challenge the election methods of the City of Memphis under Section 2 of the Voting Rights Act (the "Act"), 42 U.S.C. § 1973. All plaintiffs sought injunctive relief against voting practices which they alleged, and which the Court ultimately found, caused minority vote dilution, denying black citizens of Memphis the same opportunity as white citizens to elect representatives of their choice.

On July 26, 1991, the Court held a hearing on a motion by the United States for preliminary relief concerning the 1991 Memphis municipal elections. On August 9, 1991, the

This document entered on docket sheet in compliance with Rule 55 and / or
32(b) FRCrP on 7 - 6 - 95 .



Court, after considering expert proof and hearing oral argument on the motion, entered a preliminary injunction against the imposition of the majority vote requirement for the 1991 elections with regard to the offices of mayor, city court clerk, city judges, the six at-large council seats and the two at-large seats on the Board of Education. The Court denied all other preliminary relief sought by the motion.

On April 25, 1995, this Court entered its Order on motions for partial summary judgment. Based upon the proof before the Court and the stipulations of the parties, there was no genuine dispute of material fact regarding the city's liability under Section 2 of the Act, and the Court therefore entered a finding of minority vote dilution against the city, invalidating the city's current electoral system. In particular, all defendants agreed, and the Court held, that the majority vote provision in at-large elections violates the Act. Based upon the undisputed evidence in the record, the Court also found that the at-large charter provision which provides for six at-large seats out of the thirteen city council seats, as drawn, is itself violative of Section 2 of the Act.

In its Order, the Court gave the parties thirty (30) days within which to propose and submit an injunction decree designed to remedy the Section 2 violations. The Court has received and considered several proposals to remedy the violations and has considered all arguments and authorities cited in the briefs filed in support of those various proposals. The Court also held a hearing on June 19, 1995, during which oral argument was heard from all parties desiring to make a presentation, and during which a number of non-party interested voters made statements with respect to proposed remedies.

M AJW280875 V1

- 2 -

Having considered the proposals of all parties and the arguments and statements made at the June 19, 1995 hearing; and based upon the entire record herein, the Court adopts, for purposes of the 1995 elections, the basic approach proposed by the City Council of the City of Memphis as an appropriate and lawful approach to remedy the violations of Section 2 in the current electoral system.  In so doing, the Court recognizes the preference for allowing the legislators of the political division involved, where possible, to carry out their duties in eradicating the features of the current system which violate Section 2, as opposed to engaging in judicial redistricting or reapportionment.  As the Supreme Court has observed, the legislative body involved should be given the opportunity to devise a permissible plan, and where it has done so, that body's "freedom of choice to devise substitutes... should not be restricted..." Burns v. Richardson, 384 U.S. 73, 85 (1966); See also, Upham v. Seamon, 456 U.S. 37 (1982).

In approving those portions of the City Council's plan which deal with the Section 2 violations established in this case, the Court finds that the plan complies with Section 2 of the Act.  While the Court may recognize the validity of the positions of others who have put forward alternative plans, this Court should not substitute even a plan which might appear to it more efficient for a plan which was devised by the legislative body as long as that plan passes muster under Section 2 of the Act.

The plan proposed by the City Council does not incorporate the elements of the existing electoral system which the Court has found to cause the violation of Section 2.  If past voting patterns continue, as established in the record by uncontroverted expert proof and by stipulation, the plan proposed by the City Council will not result in minority vote dilution.  The portion of the City Council's remedial proposal that would eliminate district runoff elections, however, will

M AJW280875 V1

- 3 -

not be incorporated into this Order because it is not based upon claims before this Court or findings by this Court.

IT IS, THEREFORE, ORDERED as follows:

With regard to the 1995 elections, the defendants are enjoined from imposition of those features of the current electoral system which have heretofore been found violative of Section 2 of the Act, and the Court hereby approves and directs, for purposes of the 1995 elections only, the implementation of the City Council's electoral plan as set forth in its formal resolution adopted at the regularly scheduled meeting of the City Council of the City of Memphis on May 2, 1995, and reflected in the minutes of that meeting as agenda item 43, with the exception of that provision of the Council's plan which eliminates run-offs in single district council seat elections.

Pursuant to the legislative plan ordered hereby, the electoral system for the 1995 elections will be composed of nine districts, seven of which will have the same boundaries as the existing districts 1 through 7 and will be represented by one Council member each with run-offs. District 8 shall be composed of all those precincts in the existing districts 3, 4, 6 and 7, less the 14 precincts needed to reduce district 8's population to approximately one-half of the city's total population. District 8 will be represented by three (3) council members elected by position with no run-off. District 9 shall be composed of all those precincts presently in districts 1, 2 and 5 plus the 14 precincts needed to increase district 9's population to approximately one-half of the city's total population. District 9 shall be represented by three (3) council members elected by position with no run-off.

M AJW280875 V1

- 4 -

The plan proposed by the City Council and ordered hereby for the 1995 election eliminates run-offs in all city-wide races. For purposes of clarity, the Court hereby appends to this Order as Appendix "A" a complete listing of the precincts to be included in each district and as Appendix "B" a district map setting forth the geographic boundaries of the districts. Following the 1995 election, any electoral system to be implemented, including the plan proposed by the Council, will be subject to a referendum as required by the City Charter. In the event that the voters of the City of Memphis do not act by referendum to adopt a valid and lawful electoral system, this Court may be required to take further action and specifically retains jurisdiction for that purpose.

IT IS SO ORDERED this ___5th___ day of July, 1995.

JEROME TURNER
UNITED STATES DISTRICT JUDGE

M AJW280875 V1

APPENDIX "A"

CITY OF MEMPHIS
REDISTRICTING ALTERNATIVE
7 - SINGLE MEMBER DISTRICTS
2 - MULTI-MEMBER DISTRICTS
MAY 18,1995

SINGLE MEMBER DISTRICTS

| DISTRICT | TOTAL POP. | WHITE | PERCENT | BLACK | PERCENT | OTHER | PERCENT | OVER 18 | WHITE 18 | PERCENT | BLACK 18 | PERCENT | OTHER 18 | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 91,989 | 59,184 | 64.4 | 31,592 | 34.3 | 1,213 | 1.3 | 65,354 | 45,940 | 70.3 | 18,587 | 28.4 | 827 | 1.3 |
| 2 | 84,782 | 76,694 | 90.5 | 6,713 | 7.9 | 1,375 | 1.6 | 68,943 | 62,121 | 90.1 | 5,817 | 9.4 | 1,005 | 1.4 |
| 3 | 83,828 | 24,033 | 28.7 | 58,931 | 70.3 | 864 | 1.0 | 57,845 | 19,994 | 34.6 | 37,240 | 64.4 | 611 | 1.0 |
| 4 | 89,619 | 29,594 | 33.0 | 59,147 | 66.0 | 878 | 1.0 | 64,237 | 24,315 | 37.9 | 39,293 | 61.1 | 629 | 1.0 |
| 5 | 88,736 | 68,991 | 77.7 | 18,243 | 20.6 | 1,502 | 1.7 | 71,238 | 58,222 | 81.7 | 11,896 | 16.7 | 1,120 | 1.6 |
| 6 | 90,689 | 3,635 | 4.0 | 86,935 | 95.9 | 119 | 0.1 | 62,771 | 3,135 | 5.0 | 59,558 | 94.9 | 78 | 0.1 |
| 7 | 88,804 | 14,078 | 15.9 | 73,511 | 82.8 | 1,215 | 1.3 | 62,216 | 12,358 | 20.0 | 48,971 | 78.7 | 887 | 1.3 |
| TOTAL | 618,447 | 276,209 | 44.7 | 335,072 | 54.2 | 7,166 | 1.1 | 452,604 | 226,085 | 50.0 | 221,362 | 48.9 | 5,157 | 1.1 |

MULTI-MEMBER DISTRICTS

| DISTRICT | TOTAL POP. | WHITE | PERCENT | BLACK | PERCENT | OTHER | PERCENT | OVER 18 | WHITE 18 | PERCENT | BLACK 18 | PERCENT | OTHER 18 | PERCENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 308,737 | 38,993 | 12.6 | 267,612 | 86.7 | 2,132 | 0.7 | 213,673 | 34,012 | 15.9 | 178,120 | 83.4 | 1,541 | 0.7 |
| 9 | 309,710 | 237,216 | 76.6 | 67,460 | 21.8 | 5,034 | 1.6 | 238,931 | 192,073 | 80.4 | 43,242 | 18.0 | 3,616 | 1.6 |
| TOTAL | 618,447 | 276,209 | 44.7 | 335,072 | 54.2 | 7,166 | 1.1 | 452,604 | 226,085 | 50.0 | 221,362 | 48.9 | 5,157 | 1.1 |

CITY OF MEMPHIS
7-SINGLE MEMBER DISTRICTS
2-MULTI-MEMBER DISTRICTS
MAY 18, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| **DISTRICT 1** | | | | | | | | |
| 53-3 | 1,838 | 1,803 | 6 | 29 | 1,405 | 1,381 | 5 | 19 |
| 53-4 | 1,462 | 1,386 | 57 | 19 | 1,110 | 1,060 | 37 | 13 |
| 69-1 | 3,855 | 2,628 | 1,192 | 35 | 2,721 | 2,024 | 675 | 22 |
| 69-2 | 2,352 | 1,679 | 653 | 20 | 1,728 | 1,311 | 404 | 13 |
| 70-1 | 3,409 | 1,971 | 1,391 | 47 | 2,361 | 1,577 | 755 | 29 |
| 70-2 | 3,583 | 1,769 | 1,790 | 24 | 2,416 | 1,406 | 992 | 18 |
| 70-3 | 3,437 | 1,594 | 1,811 | 32 | 2,302 | 1,278 | 1,001 | 23 |
| 71-1 | 691 | 539 | 141 | 11 | 495 | 401 | 85 | 9 |
| 71-2 | 2,242 | 125 | 2,104 | 13 | 1,322 | 104 | 1,211 | 7 |
| 71-3 | 2,193 | 948 | 1,206 | 39 | 1,514 | 761 | 730 | 23 |
| 71-4 | 5,191 | 2,888 | 2,277 | 26 | 3,497 | 2,274 | 1,209 | 14 |
| 72-1 | 3,429 | 2,439 | 963 | 27 | 2,446 | 1,895 | 532 | 19 |
| 72-2 | 1,575 | 522 | 1,047 | 6 | 1,026 | 456 | 565 | 5 |
| 72-3 | 3,605 | 875 | 2,697 | 33 | 2,280 | 696 | 1,563 | 21 |
| 72-4 | 2,261 | 1,325 | 919 | 17 | 1,562 | 1,017 | 530 | 15 |
| 72-5 | 1,556 | 884 | 667 | 5 | 1,111 | 716 | 390 | 5 |
| 72-6 | 2,642 | 1,888 | 706 | 48 | 1,829 | 1,404 | 392 | 33 |
| 72-7 | 2,784 | 1,709 | 1,021 | 54 | 2,160 | 1,448 | 670 | 42 |
| 83 | 3,329 | 1,789 | 1,510 | 30 | 2,538 | 1,506 | 1,008 | 24 |
| 84-1 | 2,969 | 1,867 | 1,056 | 46 | 2,299 | 1,549 | 716 | 34 |
| 84-2 | 1,673 | 768 | 898 | 7 | 1,210 | 607 | 597 | 6 |
| 85 | 3,166 | 2,741 | 373 | 52 | 2,417 | 2,156 | 224 | 37 |
| 86 | 3,748 | 3,128 | 536 | 84 | 2,846 | 2,411 | 368 | 67 |
| 87-1 | 2,843 | 2,638 | 167 | 38 | 2,310 | 2,165 | 119 | 26 |
| 87-2 | 2,409 | 2,123 | 248 | 38 | 1,870 | 1,684 | 157 | 29 |
| 87-3 | 2,049 | 1,876 | 113 | 60 | 1,554 | 1,447 | 73 | 34 |
| 88-1 | 1,133 | 1,001 | 101 | 31 | 851 | 772 | 55 | 24 |
| 88-2 | 2,610 | 2,292 | 298 | 20 | 1,979 | 1,789 | 179 | 11 |
| 88-4 | 2,626 | 2,254 | 306 | 66 | 2,118 | 1,838 | 228 | 52 |
| 88-5 | 1,935 | 1,568 | 341 | 26 | 1,425 | 1,191 | 213 | 21 |
| 90-1 | 3,951 | 1,794 | 2,095 | 62 | 2,398 | 1,218 | 1,146 | 34 |
| 90-2 | 5,884 | 4,685 | 1,060 | 139 | 3,976 | 3,261 | 635 | 80 |
| 90-3 | 3,559 | 1,688 | 1,842 | 29 | 2,278 | 1,137 | 1,123 | 18 |
| **DISTRICT TOTAL** | 91989 | 59184 | 31592 | 1213 | 65354 | 45940 | 18587 | 827 |

CITY OF MEMPHIS
7-SINGLE MEMBER DISTRICTS
2-MULTI-MEMBER DISTRICTS
MAY 18, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| **DISTRICT 2** | | | | | | | | |
| 55-2 | 2,351 | 2,330 | 8 | 13 | 1,913 | 1,898 | 7 | 8 |
| 56-2 | 2,146 | 2,117 | 20 | 9 | 1,681 | 1,658 | 16 | 7 |
| 64 | 3,029 | 2,978 | 16 | 35 | 2,421 | 2,383 | 13 | 25 |
| 65-2 | 1,608 | 1,586 | 10 | 12 | 1,379 | 1,362 | 6 | 11 |
| 66-2 | 1,894 | 1,834 | 26 | 34 | 1,525 | 1,485 | 18 | 22 |
| 67-1 | 2,446 | 2,299 | 123 | 24 | 1,944 | 1,836 | 90 | 18 |
| 67-2 | 1,971 | 1,955 | 6 | 10 | 1,645 | 1,636 | 3 | 6 |
| 67-3 | 2,469 | 2,430 | 23 | 16 | 2,078 | 2,051 | 17 | 10 |
| 68-1 | 7,280 | 3,944 | 3,275 | 61 | 6,729 | 3,403 | 3,271 | 55 |
| 68-2 | 1,270 | 1,257 | 6 | 7 | 1,077 | 1,066 | 4 | 7 |
| 68-3 | 1,839 | 1,812 | 0 | 27 | 1,429 | 1,415 | 0 | 14 |
| 74-1 | 1,854 | 1,789 | 51 | 14 | 1,572 | 1,524 | 36 | 12 |
| 74-5 | 2,676 | 2,537 | 88 | 51 | 2,202 | 2,111 | 53 | 38 |
| 74-6 | 3,721 | 3,338 | 315 | 68 | 3,171 | 2,861 | 252 | 58 |
| 74-7 | 1,910 | 1,837 | 58 | 15 | 1,493 | 1,452 | 31 | 10 |
| 74-8 | 2,053 | 1,861 | 162 | 30 | 1,642 | 1,504 | 120 | 18 |
| 80-1 | 813 | 715 | 64 | 34 | 652 | 579 | 50 | 23 |
| 80-2 | 3,144 | 2,983 | 73 | 88 | 2,552 | 2,427 | 62 | 63 |
| 81-1 | 1,151 | 1,119 | 16 | 16 | 899 | 880 | 8 | 11 |
| 81-2 | 1,759 | 1,656 | 44 | 59 | 1,379 | 1,305 | 35 | 39 |
| 81-3 | 1,898 | 1,796 | 51 | 51 | 1,466 | 1,396 | 36 | 34 |
| 81-4 | 2,773 | 2,700 | 37 | 36 | 2,202 | 2,151 | 23 | 28 |
| 81-5 | 1,578 | 1,465 | 90 | 23 | 1,218 | 1,132 | 71 | 15 |
| 81-6 | 3,427 | 3,177 | 169 | 81 | 2,853 | 2,669 | 129 | 55 |
| 81-7 | 3,625 | 3,287 | 227 | 111 | 2,709 | 2,480 | 152 | 77 |
| 81-8 | 1,910 | 1,741 | 133 | 36 | 1,749 | 1,593 | 121 | 35 |
| 88-3 | 5,553 | 4,908 | 547 | 98 | 4,588 | 4,107 | 407 | 74 |
| 89-1 | 2,998 | 2,637 | 298 | 63 | 2,094 | 1,840 | 208 | 46 |
| 89-2 | 5,527 | 4,998 | 442 | 87 | 4,501 | 4,100 | 334 | 67 |
| 91-1 | 2,000 | 1,882 | 95 | 23 | 1,445 | 1,359 | 67 | 19 |
| 91-2 | 2,431 | 2,275 | 86 | 70 | 1,888 | 1,777 | 63 | 48 |
| C-4639 | 3678 | 3451 | 154 | 73 | 2847 | 2681 | 114 | 52 |
| **DISTRICT TOTAL** | 84782 | 76694 | 6713 | 1375 | 68943 | 62121 | 5817 | 1005 |

CITY OF MEMPHIS
7-SINGLE MEMBER DISTRICTS
2-MULTI-MEMBER DISTRICTS
MAY 18, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| **DISTRICT 3** | | | | | | | | |
| 60-5 | 5,445 | 1,945 | 3,448 | 52 | 3,782 | 1,607 | 2,139 | 36 |
| 60-7 | 3,246 | 2,368 | 831 | 47 | 2,391 | 1,855 | 506 | 30 |
| 73-4 | 3,665 | 1,197 | 2,353 | 115 | 2,439 | 928 | 1,439 | 72 |
| 73-8 | 3,028 | 184 | 2,829 | 15 | 1,849 | 137 | 1,702 | 10 |
| 74-2 | 3,907 | 3,429 | 412 | 66 | 3,118 | 2,770 | 298 | 50 |
| 74-4 | 763 | 688 | 69 | 6 | 585 | 534 | 47 | 4 |
| 74-9 | 6,233 | 3,831 | 2,322 | 80 | 4,723 | 3,071 | 1,595 | 57 |
| 76-2 | 1,799 | 147 | 1,652 | 0 | 1,224 | 139 | 1,085 | 0 |
| 76-3 | 1,466 | 168 | 1,296 | 2 | 991 | 138 | 851 | 2 |
| 76-5 | 3110 | 76 | 3024 | 10 | 2037 | 65 | 1967 | 5 |
| 76-6 | 4639 | 220 | 4394 | 25 | 2901 | 207 | 2674 | 20 |
| 77-1 | 3316 | 677 | 2627 | 12 | 2223 | 594 | 1618 | 11 |
| 77-2 | 2362 | 767 | 1578 | 17 | 1710 | 654 | 1047 | 9 |
| 77-3 | 3151 | 861 | 2273 | 17 | 2153 | 742 | 1403 | 8 |
| 78-1 | 2019 | 534 | 1441 | 44 | 1565 | 491 | 1035 | 39 |
| 78-2 | 2042 | 800 | 1205 | 37 | 1549 | 732 | 790 | 27 |
| 78-3 | 2671 | 34 | 2625 | 12 | 1524 | 31 | 1487 | 6 |
| 78-4 | 4315 | 219 | 4038 | 58 | 2820 | 198 | 2588 | 34 |
| 78-5 | 3069 | 436 | 2615 | 18 | 1924 | 378 | 1528 | 18 |
| 79-1 | 4164 | 976 | 3151 | 37 | 2929 | 880 | 2022 | 27 |
| 79-2 | 3091 | 1100 | 1984 | 7 | 2226 | 945 | 1275 | 6 |
| 79-3 | 1827 | 679 | 1128 | 20 | 1296 | 576 | 709 | 11 |
| 79-5 | 2543 | 501 | 2014 | 28 | 1902 | 443 | 1438 | 21 |
| 79-6 | 2869 | 801 | 2063 | 5 | 1943 | 662 | 1279 | 2 |
| 79-7 | 2418 | 354 | 2000 | 64 | 1617 | 293 | 1270 | 54 |
| 79-8 | 4869 | 783 | 4041 | 45 | 3265 | 702 | 2529 | 34 |
| 79-9 | 1801 | 258 | 1518 | 25 | 1159 | 222 | 919 | 18 |
| **DISTRICT TOTAL** | 83828 | 24033 | 58931 | 864 | 57845 | 19994 | 37240 | 611 |

CITY OF MEMPHIS

7-SINGLE MEMBER DISTRICTS

2-MULTI-MEMBER DISTRICTS

MAY 18, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| **DISTRICT 4** | | | | | | | | |
| 26-1 | 1,226 | 3 | 1,217 | 6 | 886 | 3 | 879 | 4 |
| 29-1 | 4,815 | 2,532 | 2,211 | 72 | 4,103 | 2,361 | 1,673 | 69 |
| 29-2 | 3,007 | 11 | 2,975 | 21 | 2,153 | 9 | 2,131 | 13 |
| 31-1 | 2,342 | 1,150 | 1,171 | 21 | 1,738 | 940 | 784 | 14 |
| 31-2 | 2,489 | 556 | 1,918 | 15 | 1,730 | 468 | 1,253 | 9 |
| 31-3 | 2,972 | 111 | 2,859 | 2 | 2,059 | 109 | 1,948 | 2 |
| 31-4 | 2,503 | 38 | 2,464 | 1 | 1,950 | 35 | 1,914 | 1 |
| 45-2 | 3,054 | 663 | 2,378 | 13 | 2,167 | 556 | 1,599 | 12 |
| 47-1 | 1,893 | 35 | 1,857 | 1 | 1,330 | 32 | 1,297 | 1 |
| 47-2 | 1,653 | 26 | 1,624 | 3 | 1,255 | 26 | 1,226 | 3 |
| 47-3 | 3,580 | 155 | 3,422 | 3 | 2,549 | 146 | 2,401 | 2 |
| 58-1 | 2,377 | 2,133 | 219 | 25 | 1,970 | 1,810 | 142 | 18 |
| 58-2 | 3,085 | 2,163 | 898 | 24 | 2,373 | 1,765 | 592 | 16 |
| 58-3 | 4,674 | 1,522 | 3,038 | 114 | 2,982 | 1,210 | 1,699 | 73 |
| 58-4 | 2,953 | 2,623 | 257 | 73 | 2,186 | 1,990 | 150 | 46 |
| 58-5 | 2,274 | 2,044 | 123 | 107 | 1,809 | 1,655 | 73 | 81 |
| 59-1 | 3,573 | 101 | 3,471 | 1 | 2,385 | 85 | 2,299 | 1 |
| 59-2 | 4,069 | 768 | 3,287 | 14 | 2,790 | 667 | 2,110 | 13 |
| 59-3 | 2,129 | 200 | 1,927 | 2 | 1,530 | 190 | 1,338 | 2 |
| 59-4 | 1,835 | 122 | 1,708 | 5 | 1,199 | 107 | 1,087 | 5 |
| 59-5 | 1,637 | 209 | 1,418 | 10 | 1,220 | 194 | 1,021 | 5 |
| 59-6 | 416 | 27 | 388 | 1 | 281 | 26 | 254 | 1 |
| 60-2 | 4,278 | 189 | 4,089 | 0 | 2,589 | 173 | 2,416 | 0 |
| 60-6 | 3,502 | 58 | 3,435 | 9 | 2,242 | 54 | 2,182 | 6 |
| 60-9 | 1,797 | 17 | 1,773 | 7 | 1,228 | 16 | 1,208 | 4 |
| 60-10 | 298 | 11 | 287 | 0 | 190 | 11 | 179 | 0 |
| 61 | 3,203 | 15 | 3,187 | 1 | 2,283 | 10 | 2,272 | 1 |
| 65-1 | 2,280 | 2,241 | 17 | 22 | 1,884 | 1,853 | 12 | 19 |
| 66-1 | 3,630 | 3,440 | 132 | 58 | 2,852 | 2,739 | 78 | 35 |
| 73-1 | 4,005 | 998 | 2,949 | 58 | 2,386 | 799 | 1,542 | 45 |
| 73-2 | 3,770 | 2,542 | 1,145 | 83 | 2,754 | 2,029 | 674 | 51 |
| 73-3 | 4,300 | 2,891 | 1,303 | 106 | 3,184 | 2,247 | 860 | 77 |
| **DISTRICT TOTAL** | 89619 | 29594 | 59147 | 878 | 64237 | 24315 | 39293 | 629 |

CITY OF MEMPHIS

7-SINGLE MEMBER DISTRICTS

2-MULTI-MEMBER DISTRICTS

MAY 18, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| **DISTRICT 5** | | | | | | | | |
| 16-1 | 3,790 | 3,416 | 306 | 68 | 3,181 | 2,908 | 219 | 54 |
| 17 | 4,268 | 2,889 | 1,248 | 131 | 3,693 | 2,702 | 904 | 87 |
| 20-1 | 3,885 | 3,676 | 140 | 69 | 3,321 | 3,155 | 118 | 48 |
| 28-1 | 1,500 | 1,396 | 82 | 22 | 1,322 | 1,239 | 66 | 17 |
| 28-2 | 1,744 | 1,640 | 82 | 22 | 1,596 | 1,511 | 68 | 17 |
| 30 | 1,714 | 1,667 | 24 | 23 | 1,408 | 1,374 | 17 | 17 |
| 33 | 2,175 | 1,577 | 505 | 93 | 1,708 | 1,336 | 310 | 62 |
| 36-1 | 3,159 | 2,843 | 262 | 54 | 2,797 | 2,548 | 202 | 47 |
| 36-3 | 1,621 | 1,030 | 567 | 24 | 1,212 | 834 | 365 | 13 |
| 37 | 3,566 | 10 | 3,548 | 8 | 2,204 | 9 | 2,190 | 5 |
| 38-1 | 3,508 | 3,371 | 100 | 37 | 2,778 | 2,695 | 62 | 21 |
| 38-2 | 3,007 | 1,629 | 1,312 | 66 | 2,132 | 1,356 | 742 | 34 |
| 43-1 | 1,163 | 807 | 335 | 21 | 873 | 653 | 204 | 16 |
| 44-1 | 3,452 | 3,291 | 119 | 42 | 2,881 | 2,764 | 89 | 28 |
| 44-2 | 2,264 | 2,255 | 4 | 5 | 1,913 | 1,905 | 4 | 4 |
| 44-3 | 1,489 | 1,462 | 22 | 5 | 1,309 | 1,289 | 15 | 5 |
| 44-4 | 2,306 | 1,403 | 880 | 23 | 1,827 | 1,264 | 547 | 16 |
| 44-5 | 3,338 | 559 | 2,717 | 62 | 2,232 | 513 | 1,687 | 32 |
| 45-1 | 3,554 | 2,395 | 1,139 | 20 | 2,801 | 2,003 | 785 | 13 |
| 45-4 | 4,115 | 3,668 | 317 | 130 | 3,561 | 3,194 | 245 | 122 |
| 46-1 | 1,579 | 1,413 | 65 | 101 | 1,483 | 1,321 | 62 | 100 |
| 46-2 | 3,238 | 2,883 | 175 | 180 | 2,778 | 2,458 | 152 | 168 |
| 52-2 | 2,314 | 369 | 1,933 | 12 | 1,600 | 323 | 1,268 | 9 |
| 52-3 | 3,106 | 1,266 | 1,809 | 31 | 2,250 | 1,031 | 1,194 | 25 |
| 53-1 | 3,952 | 3,774 | 139 | 39 | 3,100 | 2,988 | 92 | 20 |
| 53-2 | 3,647 | 3,548 | 70 | 29 | 2,755 | 2,702 | 36 | 17 |
| 54 | 3,557 | 3,462 | 58 | 37 | 2,873 | 2,814 | 37 | 22 |
| 55-1 | 1,576 | 1,549 | 7 | 20 | 1,265 | 1,249 | 5 | 11 |
| 56-1 | 1,852 | 1,815 | 27 | 10 | 1,605 | 1,572 | 24 | 9 |
| 56-3 | 1,312 | 1,216 | 90 | 6 | 1,162 | 1,095 | 61 | 6 |
| 57 | 2,161 | 2,154 | 3 | 4 | 1,721 | 1,716 | 2 | 3 |
| 63-1 | 2,798 | 2,685 | 34 | 79 | 2,254 | 2,178 | 23 | 53 |
| 63-2 | 2,026 | 1,873 | 124 | 29 | 1,643 | 1,523 | 101 | 19 |
| **DISTRICT TOTAL** | 88736 | 68991 | 18243 | 1502 | 71238 | 58222 | 11896 | 1120 |

CITY OF MEMPHIS
7-SINGLE MEMBER DISTRICTS
2-MULTI-MEMBER DISTRICTS
MAY 18, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| **DISTRICT 6** | | | | | | | | |
| 12 | 2,224 | 88 | 2,136 | 0 | 1,464 | 83 | 1,381 | 0 |
| 13-1 | 2,350 | 40 | 2,309 | 1 | 1,305 | 29 | 1,275 | 1 |
| 13-2 | 3,950 | 47 | 3,900 | 3 | 2,628 | 38 | 2,587 | 3 |
| 14-2 | 904 | 6 | 898 | 0 | 631 | 5 | 626 | 0 |
| 25-2 | 4,229 | 21 | 4,205 | 3 | 2,922 | 18 | 2,902 | 2 |
| 26-2 | 2,995 | 11 | 2,984 | 0 | 2,160 | 11 | 2,149 | 0 |
| 34-1 | 2,511 | 28 | 2,483 | 0 | 1,779 | 24 | 1,755 | 0 |
| 34-2 | 2,898 | 20 | 2,875 | 3 | 2,048 | 15 | 2,030 | 3 |
| 35-1 | 1,462 | 2 | 1,456 | 4 | 1,016 | 2 | 1,013 | 1 |
| 35-2 | 2,514 | 2 | 2,511 | 1 | 1,721 | 2 | 1,719 | 0 |
| 35-3 | 1,724 | 2 | 1,722 | 0 | 1,242 | 2 | 1,240 | 0 |
| 48 | 2,704 | 3 | 2,699 | 2 | 2,072 | 3 | 2,067 | 2 |
| 49-1 | 1,495 | 13 | 1,482 | 0 | 1,001 | 11 | 990 | 0 |
| 49-2 | 3,381 | 59 | 3,316 | 6 | 2,522 | 55 | 2,463 | 4 |
| 50-1 | 2,223 | 8 | 2,214 | 1 | 1,636 | 5 | 1,630 | 1 |
| 50-2 | 4,341 | 51 | 4,286 | 4 | 3,034 | 42 | 2,989 | 3 |
| 60-1 | 1,868 | 392 | 1,473 | 3 | 1,424 | 335 | 1,087 | 2 |
| 60-3 | 2,873 | 11 | 2,861 | 1 | 2,211 | 8 | 2,202 | 1 |
| 60-4 | 1,572 | 2 | 1,570 | 0 | 1,161 | 2 | 1,159 | 0 |
| 60-8 | 2,617 | 576 | 2,041 | 0 | 1,773 | 534 | 1,239 | 0 |
| 75-1 | 3,198 | 10 | 3,188 | 0 | 2,365 | 8 | 2,357 | 0 |
| 75-2 | 2,930 | 171 | 2,754 | 5 | 1,850 | 150 | 1,696 | 4 |
| 75-3 | 2,255 | 40 | 2,215 | 0 | 1,413 | 39 | 1,374 | 0 |
| 75-4 | 2,221 | 28 | 2,193 | 0 | 1,504 | 26 | 1,478 | 0 |
| 75-5 | 2,182 | 80 | 2,100 | 2 | 1,584 | 64 | 1,519 | 1 |
| 75-6 | 3,931 | 204 | 3,722 | 5 | 2,646 | 162 | 2,480 | 4 |
| 75-7 | 2,733 | 4 | 2,728 | 1 | 1,949 | 3 | 1,945 | 1 |
| 75-8 | 2,228 | 22 | 2,203 | 3 | 1,522 | 19 | 1,501 | 2 |
| 75-10 | 986 | 11 | 975 | 0 | 576 | 11 | 565 | 0 |
| 75-11 | 1,992 | 40 | 1,939 | 13 | 1,102 | 39 | 1,059 | 4 |
| 76-1 | 3,497 | 150 | 3,337 | 10 | 2,333 | 137 | 2,190 | 6 |
| 76-4 | 4,257 | 356 | 3,894 | 7 | 2,947 | 332 | 2,609 | 6 |
| 82-1 | 2,835 | 55 | 2,766 | 14 | 1,941 | 42 | 1,890 | 9 |
| 82-2 | 2,246 | 1,067 | 1,161 | 18 | 1,657 | 866 | 779 | 12 |
| 82-3 | 2,363 | 15 | 2,339 | 9 | 1,632 | 13 | 1,613 | 6 |
| **DISTRICT TOTAL** | 90689 | 3635 | 86935 | 119 | 62771 | 3135 | 59558 | 78 |

CITY OF MEMPHIS
7-SINGLE MEMBER DISTRICTS
2-MULTI-MEMBER DISTRICTS
MAY 18, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| **DISTRICT 7** | | | | | | | | |
| 01 | 2,337 | 497 | 1,816 | 24 | 1,734 | 484 | 1,227 | 23 |
| 02 | 4,886 | 1,346 | 3,507 | 33 | 4,253 | 1,321 | 2,900 | 32 |
| 07 | 4,484 | 886 | 3,477 | 121 | 3,453 | 855 | 2,488 | 110 |
| 11 | 3,625 | 6 | 3,617 | 2 | 2,003 | 4 | 1,998 | 1 |
| 14-1 | 3,060 | 5 | 3,054 | 1 | 1,523 | 5 | 1,518 | 0 |
| 15 | 1,945 | 1,379 | 527 | 39 | 1,594 | 1,211 | 356 | 27 |
| 16-3 | 3,748 | 2,146 | 1,075 | 527 | 2,978 | 1,842 | 786 | 350 |
| 18 | 2,858 | 1,475 | 1,340 | 43 | 2,591 | 1,400 | 1,150 | 41 |
| 20-3 | 2,746 | 720 | 1,938 | 88 | 1,992 | 646 | 1,294 | 52 |
| 21-1 | 2,964 | 326 | 2,603 | 35 | 2,117 | 280 | 1,813 | 24 |
| 21-2 | 2,874 | 47 | 2,825 | 2 | 1,992 | 39 | 1,951 | 2 |
| 21-3 | 2,178 | 22 | 2,150 | 6 | 1,535 | 12 | 1,518 | 5 |
| 22 | 2,425 | 15 | 2,398 | 12 | 1,475 | 11 | 1,458 | 6 |
| 25-1 | 2,162 | 6 | 2,154 | 2 | 1,472 | 5 | 1,466 | 1 |
| 26-3 | 1,142 | 5 | 1,137 | 0 | 839 | 5 | 834 | 0 |
| 27-1 | 3,667 | 80 | 3,566 | 21 | 1,998 | 72 | 1,915 | 11 |
| 27-2 | 2,897 | 81 | 2,809 | 7 | 1,936 | 57 | 1,874 | 5 |
| 32 | 2,254 | 74 | 2,175 | 5 | 1,276 | 63 | 1,211 | 2 |
| 36-2 | 2,957 | 671 | 2,278 | 8 | 2,110 | 568 | 1,534 | 8 |
| 39 | 1,765 | 13 | 1,746 | 6 | 1,062 | 6 | 1,054 | 2 |
| 40 | 4,645 | 164 | 4,479 | 2 | 3,138 | 150 | 2,986 | 2 |
| 41-1 | 2,881 | 1 | 2,878 | 2 | 2,094 | 0 | 2,094 | 0 |
| 41-2 | 2,779 | 864 | 1,885 | 30 | 2,219 | 813 | 1,376 | 30 |
| 41-3 | 3,288 | 12 | 3,268 | 8 | 2,289 | 11 | 2,275 | 3 |
| 42-1 | 3,289 | 28 | 3,260 | 1 | 2,215 | 28 | 2,186 | 1 |
| 42-2 | 2,487 | 12 | 2,471 | 4 | 1,741 | 8 | 1,729 | 4 |
| 43-2 | 3,154 | 6 | 3,144 | 4 | 2,232 | 6 | 2,222 | 4 |
| 51 | 2,307 | 24 | 2,281 | 2 | 1,376 | 15 | 1,359 | 2 |
| 52-1 | 2,034 | 42 | 1,991 | 1 | 1,460 | 42 | 1,417 | 1 |
| 62-1 | 2,421 | 1,514 | 755 | 152 | 1,707 | 1,176 | 412 | 119 |
| 62-2 | 2,545 | 1,611 | 907 | 27 | 1,812 | 1,223 | 570 | 19 |
| **DISTRICT TOTAL** | 88804 | 14078 | 73511 | 1215 | 62216 | 12358 | 48971 | 887 |
| **GRAND TOTAL** | 618447 | 276209 | 335072 | 7166 | 452604 | 226085 | 221362 | 5157 |

CITY OF MEMPHIS
REDISTRICTING ALTERNATIVE
7 - SINGLE MEMBER DISTRICTS
2- MULTI-MEMBER DISTRICTS
MAY 16, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| DISTRICT 8 | | | | | | | | |
| 60-5 | 5,445 | 1,945 | 3,448 | 52 | 3,782 | 1,607 | 2,139 | 36 |
| 60-7 | 3,246 | 2,368 | 831 | 47 | 2,391 | 1,855 | 506 | 30 |
| 73-8 | 3,028 | 184 | 2,829 | 15 | 1,849 | 137 | 1,702 | 10 |
| 76-2 | 1,799 | 147 | 1,652 | 0 | 1,224 | 139 | 1,085 | 0 |
| 76-3 | 1,466 | 168 | 1,296 | 2 | 991 | 138 | 851 | 2 |
| 76-5 | 3110 | 76 | 3024 | 10 | 2037 | 65 | 1967 | 5 |
| 76-6 | 4639 | 220 | 4394 | 25 | 2901 | 207 | 2674 | 20 |
| 77-1 | 3316 | 677 | 2627 | 12 | 2223 | 594 | 1618 | 11 |
| 77-2 | 2362 | 767 | 1578 | 17 | 1710 | 654 | 1047 | 9 |
| 77-3 | 3151 | 861 | 2273 | 17 | 2153 | 742 | 1403 | 8 |
| 78-1 | 2019 | 534 | 1441 | 44 | 1565 | 491 | 1035 | 39 |
| 78-2 | 2042 | 800 | 1205 | 37 | 1549 | 732 | 790 | 27 |
| 78-3 | 2671 | 34 | 2625 | 12 | 1524 | 31 | 1487 | 6 |
| 78-4 | 4315 | 219 | 4038 | 58 | 2820 | 198 | 2588 | 34 |
| 78-5 | 3069 | 436 | 2615 | 18 | 1924 | 378 | 1528 | 18 |
| 79-1 | 4164 | 976 | 3151 | 37 | 2929 | 880 | 2022 | 27 |
| 79-2 | 3091 | 1100 | 1984 | 7 | 2226 | 945 | 1275 | 6 |
| 79-3 | 1827 | 679 | 1128 | 20 | 1296 | 576 | 709 | 11 |
| 79-5 | 2543 | 501 | 2014 | 28 | 1902 | 443 | 1438 | 21 |
| 79-6 | 2869 | 801 | 2063 | 5 | 1943 | 662 | 1279 | 2 |
| 79-7 | 2418 | 354 | 2000 | 64 | 1617 | 293 | 1270 | 54 |
| 79-8 | 4869 | 783 | 4041 | 45 | 3265 | 702 | 2529 | 34 |
| 79-9 | 1801 | 258 | 1518 | 25 | 1159 | 222 | 919 | 18 |
| 26-1 | 1,226 | 3 | 1,217 | 6 | 886 | 3 | 879 | 4 |
| 29-1 | 4,815 | 2,532 | 2,211 | 72 | 4,103 | 2,361 | 1,673 | 69 |
| 29-2 | 3,007 | 11 | 2,975 | 21 | 2,153 | 9 | 2,131 | 13 |
| 31-1 | 2,342 | 1,150 | 1,171 | 21 | 1,738 | 940 | 784 | 14 |
| 31-2 | 2,489 | 556 | 1,918 | 15 | 1,730 | 468 | 1,253 | 9 |
| 31-3 | 2,972 | 111 | 2,859 | 2 | 2,059 | 109 | 1,948 | 2 |
| 31-4 | 2,503 | 38 | 2,464 | 1 | 1,950 | 35 | 1,914 | 1 |
| 45-2 | 3,054 | 663 | 2,378 | 13 | 2,167 | 556 | 1,599 | 12 |
| 47-1 | 1,893 | 35 | 1,857 | 1 | 1,330 | 32 | 1,297 | 1 |
| 47-2 | 1,653 | 26 | 1,624 | 3 | 1,255 | 26 | 1,226 | 3 |
| 47-3 | 3,580 | 155 | 3,422 | 3 | 2,549 | 146 | 2,401 | 2 |
| 58-3 | 4,674 | 1,522 | 3,038 | 114 | 2,982 | 1,210 | 1,699 | 73 |
| 59-1 | 3,573 | 101 | 3,471 | 1 | 2,385 | 85 | 2,299 | 1 |
| 59-2 | 4,069 | 768 | 3,287 | 14 | 2,790 | 667 | 2,110 | 13 |
| 59-3 | 2,129 | 200 | 1,927 | 2 | 1,530 | 190 | 1,338 | 2 |
| 59-4 | 1,835 | 122 | 1,708 | 5 | 1,199 | 107 | 1,087 | 5 |
| 59-5 | 1,637 | 209 | 1,418 | 10 | 1,220 | 194 | 1,021 | 5 |
| 59-6 | 416 | 27 | 388 | 1 | 281 | 26 | 254 | 1 |
| 60-2 | 4,278 | 189 | 4,089 | 0 | 2,589 | 173 | 2,416 | 0 |
| 60-6 | 3,502 | 58 | 3,435 | 9 | 2,242 | 54 | 2,182 | 6 |
| 60-9 | 1,797 | 17 | 1,773 | 7 | 1,228 | 16 | 1,208 | 4 |
| 60-10 | 298 | 11 | 287 | 0 | 190 | 11 | 179 | 0 |

CITY OF MEMPHIS
REDISTRICTING ALTERNATIVE
7 - SINGLE MEMBER DISTRICTS
2- MULTI-MEMBER DISTRICTS
MAY 16, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| 61 | 3,203 | 15 | 3,187 | 1 | 2,283 | 10 | 2,272 | 1 |
| 73-1 | 4,005 | 998 | 2,949 | 58 | 2,386 | 799 | 1,542 | 45 |
| 12 | 2,224 | 88 | 2,136 | 0 | 1,464 | 83 | 1,381 | 0 |
| 13-1 | 2,350 | 40 | 2,309 | 1 | 1,305 | 29 | 1,275 | 1 |
| 13-2 | 3,950 | 47 | 3,900 | 3 | 2,628 | 38 | 2,587 | 3 |
| 14-2 | 904 | 6 | 898 | 0 | 631 | 5 | 626 | 0 |
| 25-2 | 4,229 | 21 | 4,205 | 3 | 2,922 | 18 | 2,902 | 2 |
| 26-2 | 2,995 | 11 | 2,984 | 0 | 2,160 | 11 | 2,149 | 0 |
| 34-1 | 2,511 | 28 | 2,483 | 0 | 1,779 | 24 | 1,755 | 0 |
| 34-2 | 2,898 | 20 | 2,875 | 3 | 2,048 | 15 | 2,030 | 3 |
| 35-1 | 1,462 | 2 | 1,456 | 4 | 1,016 | 2 | 1,013 | 1 |
| 35-2 | 2,514 | 2 | 2,511 | 1 | 1,721 | 2 | 1,719 | 0 |
| 35-3 | 1,724 | 2 | 1,722 | 0 | 1,242 | 2 | 1,240 | 0 |
| 48 | 2,704 | 3 | 2,699 | 2 | 2,072 | 3 | 2,067 | 2 |
| 49-1 | 1,495 | 13 | 1,482 | 0 | 1,001 | 11 | 990 | 0 |
| 49-2 | 3,381 | 59 | 3,316 | 6 | 2,522 | 55 | 2,463 | 4 |
| 50-1 | 2,223 | 8 | 2,214 | 1 | 1,636 | 5 | 1,630 | 1 |
| 50-2 | 4,341 | 51 | 4,286 | 4 | 3,034 | 42 | 2,989 | 3 |
| 60-1 | 1,868 | 392 | 1,473 | 3 | 1,424 | 335 | 1,087 | 2 |
| 60-3 | 2,873 | 11 | 2,861 | 1 | 2,211 | 8 | 2,202 | 1 |
| 60-4 | 1,572 | 2 | 1,570 | 0 | 1,161 | 2 | 1,159 | 0 |
| 60-8 | 2,617 | 576 | 2,041 | 0 | 1,773 | 534 | 1,239 | 0 |
| 75-1 | 3,198 | 10 | 3,188 | 0 | 2,365 | 8 | 2,357 | 0 |
| 75-2 | 2,930 | 171 | 2,754 | 5 | 1,850 | 150 | 1,696 | 4 |
| 75-3 | 2,255 | 40 | 2,215 | 0 | 1,413 | 39 | 1,374 | 0 |
| 75-4 | 2,221 | 28 | 2,193 | 0 | 1,504 | 26 | 1,478 | 0 |
| 75-5 | 2,182 | 80 | 2,100 | 2 | 1,584 | 64 | 1,519 | 1 |
| 75-6 | 3,931 | 204 | 3,722 | 5 | 2,646 | 162 | 2,480 | 4 |
| 75-7 | 2,733 | 4 | 2,728 | 1 | 1,949 | 3 | 1,945 | 1 |
| 75-8 | 2,228 | 22 | 2,203 | 3 | 1,522 | 19 | 1,501 | 2 |
| 75-10 | 986 | 11 | 975 | 0 | 576 | 11 | 565 | 0 |
| 75-11 | 1,992 | 40 | 1,939 | 13 | 1,102 | 39 | 1,059 | 4 |
| 76-1 | 3,497 | 150 | 3,337 | 10 | 2,333 | 137 | 2,190 | 6 |
| 76-4 | 4,257 | 356 | 3,894 | 7 | 2,947 | 332 | 2,609 | 6 |
| 82-1 | 2,835 | 55 | 2,766 | 14 | 1,941 | 42 | 1,890 | 9 |
| 82-2 | 2,246 | 1,067 | 1,161 | 18 | 1,657 | 866 | 779 | 12 |
| 82-3 | 2,363 | 15 | 2,339 | 9 | 1,632 | 13 | 1,613 | 6 |
| 01 | 2,337 | 497 | 1,816 | 24 | 1,734 | 484 | 1,227 | 23 |
| 02 | 4,886 | 1,346 | 3,507 | 33 | 4,253 | 1,321 | 2,900 | 32 |
| 07 | 4,484 | 886 | 3,477 | 121 | 3,453 | 855 | 2,488 | 110 |
| 11 | 3,625 | 6 | 3,617 | 2 | 2,003 | 4 | 1,998 | 1 |
| 14-1 | 3,060 | 5 | 3,054 | 1 | 1,523 | 5 | 1,518 | 0 |
| 15 | 1,945 | 1,379 | 527 | 39 | 1,594 | 1,211 | 356 | 27 |
| 16-3 | 3,748 | 2,146 | 1,075 | 527 | 2,978 | 1,842 | 786 | 350 |
| 18 | 2,858 | 1,475 | 1,340 | 43 | 2,591 | 1,400 | 1,150 | 41 |
| 20-3 | 2,746 | 720 | 1,938 | 88 | 1,992 | 646 | 1,294 | 52 |

CITY OF MEMPHIS

REDISTRICTING ALTERNATIVE

7 - SINGLE MEMBER DISTRICTS

2- MULTI-MEMBER DISTRICTS

MAY 16, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| 21-1 | 2,964 | 326 | 2,603 | 35 | 2,117 | 280 | 1,813 | 24 |
| 21-2 | 2,874 | 47 | 2,825 | 2 | 1,992 | 39 | 1,951 | 2 |
| 21-3 | 2,178 | 22 | 2,150 | 6 | 1,535 | 12 | 1,518 | 5 |
| 22 | 2,425 | 15 | 2,398 | 12 | 1,475 | 11 | 1,458 | 6 |
| 25-1 | 2,162 | 6 | 2,154 | 2 | 1,472 | 5 | 1,466 | 1 |
| 26-3 | 1,142 | 5 | 1,137 | 0 | 839 | 5 | 834 | 0 |
| 27-1 | 3,667 | 80 | 3,566 | 21 | 1,998 | 72 | 1,915 | 11 |
| 27-2 | 2,897 | 81 | 2,809 | 7 | 1,936 | 57 | 1,874 | 5 |
| 32 | 2,254 | 74 | 2,175 | 5 | 1,276 | 63 | 1,211 | 2 |
| 36-2 | 2,957 | 671 | 2,278 | 8 | 2,110 | 568 | 1,534 | 8 |
| 39 | 1,765 | 13 | 1,746 | 6 | 1,062 | 6 | 1,054 | 2 |
| 40 | 4,645 | 164 | 4,479 | 2 | 3,138 | 150 | 2,986 | 2 |
| 41-1 | 2,881 | 1 | 2,878 | 2 | 2,094 | 0 | 2,094 | 0 |
| 41-2 | 2,779 | 864 | 1,885 | 30 | 2,219 | 813 | 1,376 | 30 |
| 41-3 | 3,288 | 12 | 3,268 | 8 | 2,289 | 11 | 2,275 | 3 |
| 42-1 | 3,289 | 28 | 3,260 | 1 | 2,215 | 28 | 2,186 | 1 |
| 42-2 | 2,487 | 12 | 2,471 | 4 | 1,741 | 8 | 1,729 | 4 |
| 43-2 | 3,154 | 6 | 3,144 | 4 | 2,232 | 6 | 2,222 | 4 |
| 51 | 2,307 | 24 | 2,281 | 2 | 1,376 | 15 | 1,359 | 2 |
| 52-1 | 2,034 | 42 | 1,991 | 1 | 1,460 | 42 | 1,417 | 1 |
| DISTRICT TOTAL | 308737 | 38993 | 267612 | 2132 | 213673 | 34012 | 178120 | 1541 |

CITY OF MEMPHIS
REDISTRICTING ALTERNATIVE
7 - SINGLE MEMBER DISTRICTS
2- MULTI-MEMBER DISTRICTS
MAY 16, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| **DISTRICT 9** | | | | | | | | |
| 53-3 | 1,838 | 1,803 | 6 | 29 | 1,405 | 1,381 | 5 | 19 |
| 53-4 | 1,462 | 1,386 | 57 | 19 | 1,110 | 1,060 | 37 | 13 |
| 69-1 | 3,855 | 2,628 | 1,192 | 35 | 2,721 | 2,024 | 675 | 22 |
| 69-2 | 2,352 | 1,679 | 653 | 20 | 1,728 | 1,311 | 404 | 13 |
| 70-1 | 3,409 | 1,971 | 1,391 | 47 | 2,361 | 1,577 | 755 | 29 |
| 70-2 | 3,583 | 1,769 | 1,790 | 24 | 2,416 | 1,406 | 992 | 18 |
| 70-3 | 3,437 | 1,594 | 1,811 | 32 | 2,302 | 1,278 | 1,001 | 23 |
| 71-1 | 691 | 539 | 141 | 11 | 495 | 401 | 85 | 9 |
| 71-2 | 2,242 | 125 | 2,104 | 13 | 1,322 | 104 | 1,211 | 7 |
| 71-3 | 2,193 | 948 | 1,206 | 39 | 1,514 | 761 | 730 | 23 |
| 71-4 | 5,191 | 2,888 | 2,277 | 26 | 3,497 | 2,274 | 1,209 | 14 |
| 72-1 | 3,429 | 2,439 | 963 | 27 | 2,446 | 1,895 | 532 | 19 |
| 72-2 | 1,575 | 522 | 1,047 | 6 | 1,026 | 456 | 565 | 5 |
| 72-3 | 3,605 | 875 | 2,697 | 33 | 2,280 | 696 | 1,563 | 21 |
| 72-4 | 2,261 | 1,325 | 919 | 17 | 1,562 | 1,017 | 530 | 15 |
| 72-5 | 1,556 | 884 | 667 | 5 | 1,111 | 716 | 390 | 5 |
| 72-6 | 2,642 | 1,888 | 706 | 48 | 1,829 | 1,404 | 392 | 33 |
| 72-7 | 2,784 | 1,709 | 1,021 | 54 | 2,160 | 1,448 | 670 | 42 |
| 83 | 3,329 | 1,789 | 1,510 | 30 | 2,538 | 1,506 | 1,008 | 24 |
| 84-1 | 2,969 | 1,867 | 1,056 | 46 | 2,299 | 1,549 | 716 | 34 |
| 84-2 | 1,673 | 768 | 898 | 7 | 1,210 | 607 | 597 | 6 |
| 85 | 3,166 | 2,741 | 373 | 52 | 2,417 | 2,156 | 224 | 37 |
| 86 | 3,748 | 3,128 | 536 | 84 | 2,846 | 2,411 | 368 | 67 |
| 87-1 | 2,843 | 2,638 | 167 | 38 | 2,310 | 2,165 | 119 | 26 |
| 87-2 | 2,409 | 2,123 | 248 | 38 | 1,870 | 1,684 | 157 | 29 |
| 87-3 | 2,049 | 1,876 | 113 | 60 | 1,554 | 1,447 | 73 | 34 |
| 88-1 | 1,133 | 1,001 | 101 | 31 | 851 | 772 | 55 | 24 |
| 88-2 | 2,610 | 2,292 | 298 | 20 | 1,979 | 1,789 | 179 | 11 |
| 88-4 | 2,626 | 2,254 | 306 | 66 | 2,118 | 1,838 | 228 | 52 |
| 88-5 | 1,935 | 1,568 | 341 | 26 | 1,425 | 1,191 | 213 | 21 |
| 90-1 | 3,951 | 1,794 | 2,095 | 62 | 2,398 | 1,218 | 1,146 | 34 |
| 90-2 | 5,884 | 4,685 | 1,060 | 139 | 3,976 | 3,261 | 635 | 80 |
| 90-3 | 3,559 | 1,688 | 1,842 | 29 | 2,278 | 1,137 | 1,123 | 18 |
| 55-2 | 2,351 | 2,330 | 8 | 13 | 1,913 | 1,898 | 7 | 8 |
| 56-2 | 2,146 | 2,117 | 20 | 9 | 1,681 | 1,658 | 16 | 7 |
| 64 | 3,029 | 2,978 | 16 | 35 | 2,421 | 2,383 | 13 | 25 |
| 65-2 | 1,608 | 1,586 | 10 | 12 | 1,379 | 1,362 | 6 | 11 |
| 66-2 | 1,894 | 1,834 | 26 | 34 | 1,525 | 1,485 | 18 | 22 |
| 67-1 | 2,446 | 2,299 | 123 | 24 | 1,944 | 1,836 | 90 | 18 |
| 67-2 | 1,971 | 1,955 | 6 | 10 | 1,645 | 1,636 | 3 | 6 |
| 67-3 | 2,469 | 2,430 | 23 | 16 | 2,078 | 2,051 | 17 | 10 |
| 68-1 | 7,280 | 3,944 | 3,275 | 61 | 6,729 | 3,403 | 3,271 | 55 |
| 68-2 | 1,270 | 1,257 | 6 | 7 | 1,077 | 1,066 | 4 | 7 |
| 68-3 | 1,839 | 1,812 | 0 | 27 | 1,429 | 1,415 | 0 | 14 |
| 74-1 | 1,854 | 1,789 | 51 | 14 | 1,572 | 1,524 | 36 | 12 |

CITY OF MEMPHIS
REDISTRICTING ALTERNATIVE
7 - SINGLE MEMBER DISTRICTS
2- MULTI-MEMBER DISTRICTS
MAY 16, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| 74-5 | 2,676 | 2,537 | 88 | 51 | 2,202 | 2,111 | 53 | 38 |
| 74-6 | 3,721 | 3,338 | 315 | 68 | 3,171 | 2,861 | 252 | 58 |
| 74-7 | 1,910 | 1,837 | 58 | 15 | 1,493 | 1,452 | 31 | 10 |
| 74-8 | 2,053 | 1,861 | 162 | 30 | 1,642 | 1,504 | 120 | 18 |
| 80-1 | 813 | 715 | 64 | 34 | 652 | 579 | 50 | 23 |
| 80-2 | 3,144 | 2,983 | 73 | 88 | 2,552 | 2,427 | 62 | 63 |
| 81-1 | 1,151 | 1,119 | 16 | 16 | 899 | 880 | 8 | 11 |
| 81-2 | 1,759 | 1,656 | 44 | 59 | 1,379 | 1,305 | 35 | 39 |
| 81-3 | 1,898 | 1,796 | 51 | 51 | 1,466 | 1,396 | 36 | 34 |
| 81-4 | 2,773 | 2,700 | 37 | 36 | 2,202 | 2,151 | 23 | 28 |
| 81-5 | 1,578 | 1,465 | 90 | 23 | 1,218 | 1,132 | 71 | 15 |
| 81-6 | 3,427 | 3,177 | 169 | 81 | 2,853 | 2,669 | 129 | 55 |
| 81-7 | 3,625 | 3,287 | 227 | 111 | 2,709 | 2,480 | 152 | 77 |
| 81-8 | 1,910 | 1,741 | 133 | 36 | 1,749 | 1,593 | 121 | 35 |
| 88-3 | 5,553 | 4,908 | 547 | 98 | 4,588 | 4,107 | 407 | 74 |
| 89-1 | 2,998 | 2,637 | 298 | 63 | 2,094 | 1,840 | 208 | 46 |
| 89-2 | 5,527 | 4,998 | 442 | 87 | 4,501 | 4,100 | 334 | 67 |
| 91-1 | 2,000 | 1,882 | 95 | 23 | 1,445 | 1,359 | 67 | 19 |
| 91-2 | 2,431 | 2,275 | 86 | 70 | 1,888 | 1,777 | 63 | 48 |
| C-4639 | 3678 | 3451 | 154 | 73 | 2847 | 2681 | 114 | 52 |
| 16-1 | 3,790 | 3,416 | 306 | 68 | 3,181 | 2,908 | 219 | 54 |
| 17 | 4,268 | 2,889 | 1,248 | 131 | 3,693 | 2,702 | 904 | 87 |
| 20-1 | 3,885 | 3,676 | 140 | 69 | 3,321 | 3,155 | 118 | 48 |
| 28-1 | 1,500 | 1,396 | 82 | 22 | 1,322 | 1,239 | 66 | 17 |
| 28-2 | 1,744 | 1,640 | 82 | 22 | 1,596 | 1,511 | 68 | 17 |
| 30 | 1,714 | 1,667 | 24 | 23 | 1,408 | 1,374 | 17 | 17 |
| 33 | 2,175 | 1,577 | 505 | 93 | 1,708 | 1,336 | 310 | 62 |
| 36-1 | 3,159 | 2,843 | 262 | 54 | 2,797 | 2,548 | 202 | 47 |
| 36-3 | 1,621 | 1,030 | 567 | 24 | 1,212 | 834 | 365 | 13 |
| 37 | 3,566 | 10 | 3,548 | 8 | 2,204 | 9 | 2,190 | 5 |
| 38-1 | 3,508 | 3,371 | 100 | 37 | 2,778 | 2,695 | 62 | 21 |
| 38-2 | 3,007 | 1,629 | 1,312 | 66 | 2,132 | 1,356 | 742 | 34 |
| 43-1 | 1,163 | 807 | 335 | 21 | 873 | 653 | 204 | 16 |
| 44-1 | 3,452 | 3,291 | 119 | 42 | 2,881 | 2,764 | 89 | 28 |
| 44-2 | 2,264 | 2,255 | 4 | 5 | 1,913 | 1,905 | 4 | 4 |
| 44-3 | 1,489 | 1,462 | 22 | 5 | 1,309 | 1,289 | 15 | 5 |
| 44-4 | 2,306 | 1,403 | 880 | 23 | 1,827 | 1,264 | 547 | 16 |
| 44-5 | 3,338 | 559 | 2,717 | 62 | 2,232 | 513 | 1,687 | 32 |
| 45-1 | 3,554 | 2,395 | 1,139 | 20 | 2,801 | 2,003 | 785 | 13 |
| 45-4 | 4,115 | 3,668 | 317 | 130 | 3,561 | 3,194 | 245 | 122 |
| 46-1 | 1,579 | 1,413 | 65 | 101 | 1,483 | 1,321 | 62 | 100 |
| 46-2 | 3,238 | 2,883 | 175 | 180 | 2,778 | 2,458 | 152 | 168 |
| 52-2 | 2,314 | 369 | 1,933 | 12 | 1,600 | 323 | 1,268 | 9 |
| 52-3 | 3,106 | 1,266 | 1,809 | 31 | 2,250 | 1,031 | 1,194 | 25 |
| 53-1 | 3,952 | 3,774 | 139 | 39 | 3,100 | 2,988 | 92 | 20 |
| 53-2 | 3,647 | 3,548 | 70 | 29 | 2,755 | 2,702 | 36 | 17 |

CITY OF MEMPHIS
REDISTRICTING ALTERNATIVE
7 - SINGLE MEMBER DISTRICTS
2- MULTI-MEMBER DISTRICTS
MAY 16, 1995

| PRECINCT | TOTAL | WHITE POP | BLACK POP | OTHER POP | TOTAL 18+ | WHITE 18+ | BLACK 18+ | OTHER 18+ |
|---|---|---|---|---|---|---|---|---|
| 54 | 3,557 | 3,462 | 58 | 37 | 2,873 | 2,814 | 37 | 22 |
| 55-1 | 1,576 | 1,549 | 7 | 20 | 1,265 | 1,249 | 5 | 11 |
| 56-1 | 1,852 | 1,815 | 27 | 10 | 1,605 | 1,572 | 24 | 9 |
| 56-3 | 1,312 | 1,216 | 90 | 6 | 1,162 | 1,095 | 61 | 6 |
| 57 | 2,161 | 2,154 | 3 | 4 | 1,721 | 1,716 | 2 | 3 |
| 63-1 | 2,798 | 2,685 | 34 | 79 | 2,254 | 2,178 | 23 | 53 |
| 63-2 | 2,026 | 1,873 | 124 | 29 | 1,643 | 1,523 | 101 | 19 |
| 62-1 | 2,421 | 1,514 | 755 | 152 | 1,707 | 1,176 | 412 | 119 |
| 62-2 | 2,545 | 1,611 | 907 | 27 | 1,812 | 1,223 | 570 | 19 |
| 58-1 | 2,377 | 2,133 | 219 | 25 | 1,970 | 1,810 | 142 | 18 |
| 58-2 | 3,085 | 2,163 | 898 | 24 | 2,373 | 1,765 | 592 | 16 |
| 58-4 | 2,953 | 2,623 | 257 | 73 | 2,186 | 1,990 | 150 | 46 |
| 58-5 | 2,274 | 2,044 | 123 | 107 | 1,809 | 1,655 | 73 | 81 |
| 65-1 | 2,280 | 2,241 | 17 | 22 | 1,884 | 1,853 | 12 | 19 |
| 66-1 | 3,630 | 3,440 | 132 | 58 | 2,852 | 2,739 | 78 | 35 |
| 73-2 | 3,770 | 2,542 | 1,145 | 83 | 2,754 | 2,029 | 674 | 51 |
| 73-3 | 4,300 | 2,891 | 1,303 | 106 | 3,184 | 2,247 | 860 | 77 |
| 73-4 | 3,665 | 1,197 | 2,353 | 115 | 2,439 | 928 | 1,439 | 72 |
| 74-2 | 3,907 | 3,429 | 412 | 66 | 3,118 | 2,770 | 298 | 50 |
| 74-4 | 763 | 688 | 69 | 6 | 585 | 534 | 47 | 4 |
| 74-9 | 6,233 | 3,831 | 2,322 | 80 | 4,723 | 3,071 | 1,595 | 57 |
| DISTRICT TOTAL | 309710 | 237216 | 67460 | 5034 | 238931 | 192073 | 43242 | 3616 |
| GRAND TOTAL | 618447 | 276209 | 335072 | 7166 | 452604 | 226085 | 221362 | 5157 |

CITY COUNCIL DISTRICTS

APPENDIX "B"